UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Diomedes MARTINEZ-DONE,

                Petitioner,

                                                        Case No. 1:14-cv-3071 (CM)

        v.

Yvette TAY-TAYLOR, in her official capacity as
Assistant Field Office Director for U.S. Immigration
And Customs Enforcement, et al.

                Respondents.
-------------------------------------------------------------------X

## ORDER

      This former Judge Scheindlin immigration case was recently reassigned to this Court after the Court of Appeals remanded the matter back to the district court: "In response to our September 19, 2019 Orders to Show Cause, the parties have not opposed remand. Upon due consideration, it is hereby ORDERED that the appeals are REMANDED to the district court for further consideration in light of the Supreme Court's decisions in *Nielsen v. Preap*, 139 S. Ct. 954 (2019), and *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018)." *Martinez-Done v. Tay-Taylor*, 14-4517.

      The parties have 45 days to brief the Court on the issues, if any, that remain in dispute.

April 30, 2020

                                                                     Colleen McMahon
                                                                     Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/20